UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLOWER GOLDENBERG<br><br>              Plaintiff,<br>     v.<br><br>SG AMERICAS, INC. dba SOCIETE GENERALE AMERICAS; and SG AMERICAS SECURITIES, LLC<br><br>              Defendants. | Case No. 1:16-CV-06390 (AKH) (RLE) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nancy G. Ross, an attorney authorized to practice in this court and from the law firm Mayer Brown LLP, hereby appears as counsel of record for Defendants SG Americas, Inc. and SG Americas Securities, LLC in the above captioned action.

Dated: October 19, 2016                             Respectfully Submitted,

                                                                     By:   /s/ Nancy G. Ross_____

                                                                     Nancy G. Ross

                                                                     MAYER BROWN LLP
                                                                     71 South Wacker Dr.
                                                                     Chicago, Illinois 60606
                                                                     Telephone: (312) 782-0600
                                                                     Facsimile: (312) 701-7711
                                                                     Email: nross@mayerbrown.com

                                                                     Attorney for Defendants SG Americas, Inc.
                                                                     and SG Americas Securities, LLC

**CERTIFICATE OF SERVICE**

      Nancy G. Ross, an attorney, hereby certifies that on October 19, 2016, she caused a true and correct copy of the foregoing document to be served by electronic filing via the Court's CM/ECF system, on all counsel registered to receive electronic notification.

/s/  Nancy G. Ross

Nancy G. Ross

Nancy G. Ross
MAYER BROWN LLP
71 South Wacker
Chicago, IL  60606
Tel:  312-782-0600
Fax:  312-701-7711
Email: nross@mayerbrown.com