UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLOWER GOLDENBERG,

                Plaintiff,

    v.

SG AMERICAS, INC. dba SOCIETE GENERALE AMERICAS; and SG AMERICAS SECURITIES, LLC

                Defendants.

Case No. 1:16-cv-06390

**MOTION FOR ADMISSION PRO HAC VICE**

---

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Samuel P. Myler, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants SG Americas, Inc. dba Société Générale Americas, and SG Americas Securities, LLC in the above-captioned action.

      I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 22, 2017

Respectfully Submitted,

/s/ *Samuel P. Myler*
Applicant Signature
Applicant's Name: Samuel P. Myler
Firm Name: Mayer Brown LLP
Address: 71 S. Wacker Drive
City / State / Zip: Chicago, Illinois 60606
Telephone / Fax: (312) 701-8461
E-mail: smyler@mayerbrown.com