UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| FLOWER GOLDENBERG,<br><br>Plaintiff,<br><br>v.<br><br>SG AMERICAS, INC. dba SOCIETE GENERALE AMERICAS; and SG AMERICAS SECURITIES, LLC<br><br>Defendants. | Case No. 1:16-cv-06390<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Samuel P. Myler, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member of good standing of the bar of the state of Illinois and that his contact information is as follows:

> Applicant's Name: Samuel P. Myler
> Firm Name: Mayer Brown LLP
> Address: 71 S. Wacker Drive
> City / State / Zip: Chicago, Illinois 60606
> Telephone: (312) 701-8461
> E-mail: smyler@mayerbrown.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants SG Americas, Inc. dba Société Générale Americas, and SG Americas Securities, LLC in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/24/17

_____
United States District Judge