# EMERGENT





July 13, 2017

**By ECF and Fax**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007
f: (212) 805-7942

Re:   *Flower Goldenberg v. SG Americas, Inc. et al.*, No. 16-cv-6390

Dear Judge Hellerstein:

I am writing on behalf of both the plaintiff, Flower Goldenberg, and the defendants, SG Americas, Inc. and SG Americas Securities, to request that the Court enlarge the time for the parties to consummate the settlement of this above-referenced action. The parties anticipate that they will execute a settlement agreement within 30 days of the date of this letter. We thank you for your time and attention to this matter.

Respectfully submitted,

Peter Roldan

cc:   Counsel of record (via ECF)

*Time is enlarged 30 days*
*7-14-17*
*[signature] A. Hellerstein*

emergentlaw
p: 415.894.9284
f: 415.276.8929

535 Mission St. 14th Fl
San Francisco, CA 94105